## 1. Tell us about your company

**Type of Ownership**

☐ Partnership ☐ Corporation ☐ Proprietorship ☒ LLC (attach list of members)

Trade/Business Name Hometown Restoration

*"Buyer"*

Address 1 804 Main st.

*Attach Business Card or Complete*

Address 2 Baton Rouge LA 70802

*City* *State* *Zip*

Phone 6016603025 Fax

Cell Phone 6014316345 Email Billing@restoremyhome

State Contractors License # (if applicable) R17935

Have you purchased from ABC before? Where MO and MS

Estimated Monthly Purchases 200,000

**Year Business Started** 2015 **Federal Tax I.D.#** [redacted]

**If Tax Exempt - Attach Certificate** ☐ **Attached**

**Do You Issue a Purchase Order** ☒ **Yes** ☐ **No**

Person to Contact Regarding Accounts Payable: Hunter Gardner

at Phone 601x660x3025 or 318-719-1994

**Owners and/or Officers Information:**

Name Bradley Gardner Title

SSN [redacted] Address 8 Spanish ct

City Natchez State Ms Zip 39120

Date of Birth [redacted] County Forest

Driver's License #

Name Title

SSN # Address

City State Zip

Date of Birth County

Driver's License #

**Bank Information:**

Name of Bank Wells Fargo

Address 109 W Jackson St Ridgeland MS Phone 601-856-5538

**Major Trade References:**

Name

Address

Phone Fax

Name

Address

Phone Fax

Name

Address

Phone Fax

**Agreement:**

Buyer authorizes all persons, institutions, organizations, companies and credit reporting agencies to furnish all pertinent information, including commercial and consumer credit reports, requested from time to time by ABC. The undersigned and Buyer, if different, each warrant that the information given is true and no unfavorable information has been omitted. The extension of credit hereunder, the amount of credit and the cancellation or reduction of credit shall be within the sole discretion of ABC. Buyer agrees to be bound by ABC's Credit Agreement and Purchase Agreement and acknowledges receipt of same. Each undersigned individual who is either a partner of the Buyer as credit applicant or a sole proprietorship of the Buyer as credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the buyer, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned individual, from time to time as may be needed, to evaluate the credit of Buyer.

## 2. Sign here (acknowledges & agrees to be bound by attached terms & conditions)

Signature [signature] Date 09/03/2020

Print Brad Gardner

## 3. Your personal guaranty

Giving us your personal guaranty will speed the process of approving your application.

**Continuing Guaranty**

I (we) the undersigned understand that the information furnished you is for the purpose of obtaining credit from your company, that I am (we are) authorized, in my (our) capacity, to bind my (our) company accordingly. I (we) the undersigned, hereinafter referred to as guarantors, do jointly, severally, and unconditionally guarantee and promise to promptly pay when due any and all indebtedness of Buyer to ABC, together with any late payment charge that may accrue thereon, regardless of how such indebtedness is incurred, whether such indebtedness is direct or indirect, absolute or contingent, due or to become due, or exists now or arises hereafter. In addition, the Guarantor(s) agree to pay all costs of collection, legal expenses and attorney's fees paid or incurred by ABC in the collection of Buyer's indebtedness and in enforcing this Continuing Guaranty. The foregoing indebtedness, principal, interest, costs, expenses and fees are hereinafter called the "indebtedness." Each undersigned guarantor agrees to be bound by ABC's Terms and Conditions of Continuing Guaranty.

Each undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this Continuing Guaranty, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned, from time to time as may be needed to evaluate the credit of Buyer and/or the undersigned.

## 4. Guarantors sign here

Complete Legal Signature [signature]

Name Bradley Keith Gardner

*First* *Middle* *Last*

Home Address 8 Spanish ct

Natchez MS 39120

*City* *State* *Zip*

Phone 6014316345 SSN # [redacted]

Complete Legal Signature

Name

*First* *Middle* *Last*

Home Address

*City* *State* *Zip*

Phone SSN #

Store Use Only

**ABC SUPPLY CO., INC.**

Sales Associate CR6100

Sales# Craig Rupert Branch# 180

00798740-018

Form AB121A Revised 12/16