**A/R Open Items Inquiry**

| Type | Invoice date | Invoice # | Open amount | Due date | Customer | Customer ID | Branch |
|---|---|---|---|---|---|---|---|
| IN | 01/17/25 | 69788109, | 6,359.16 | 02/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/03/25 | 70132314, | 29.69 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/03/25 | 70138580, | 4,423.60 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/04/25 | 70186676, | 118.77 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/06/25 | 70231411, | 9,097.81 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/12/25 | 70369657, | 7,204.62 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/14/25 | 70426278, | 7,355.93 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/20/25 | 70510379, | 8,743.38 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/19/25 | 70538231, | 6,028.18 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/20/25 | 70559293, | 158.90 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/24/25 | 70616175, | 540.31 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/24/25 | 70616231, | 516.28 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/24/25 | 70628614, | 7,065.71 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/25/25 | 70658727, | 34.19 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/26/25 | 70682958, | 4,901.89 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 02/26/25 | 70683905, | 8,689.92 | 03/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 03/04/25 | 70845812, | 4,729.73 | 04/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 03/03/25 | 70861849, | 230.00 | 04/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 03/06/25 | 70862470, | 9,446.79 | 04/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 03/03/25 | 70864510, | 391.62 | 04/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| IN | 03/20/25 | 71413520, | 275.82 | 04/28/25 | Hometown Restoration LLC | 2137574 | 1245 |
| CM | 10/01/25 | 76797854, | -1,547.59 | 10/02/25 | Hometown Restoration LLC | 2137574 | 1245 |
| FC | 10/31/25 | FC1025-070000137, | 1,271.92 | 11/01/25 | Hometown Restoration LLC | 2137574 | 1245 |
| FC | 11/30/25 | FC1125-070000122, | 1,271.92 | 12/01/25 | Hometown Restoration LLC | 2137574 | 1245 |
| FC | 12/31/25 | FC1225-070000130, | 1,271.92 | 12/31/25 | Hometown Restoration LLC | 2137574 | 1245 |
| DM | 09/24/25 | NSF CHK_RG31 | 7,846.56 | 09/25/25 | Hometown Restoration LLC | 2137574 | 1245 |
| Grand Total | | | 96,457.03 | | | | |

EXHIBIT
B