ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

DOUG NEWMAN
109 HOY FARMS DRIVE
MADISON MS 39110- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 01/17/25 | 01/17/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 69788109 | MO-567252 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 159 | 0 | 34.75 | 5,525.25 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 15 | 0 | 53.50 | 802.50 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 4 | 0 | 42.75 | 171.00 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 2 | 0 | 87.50 | 175.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 6 | 0 | 97.00 | 582.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 4 | 0 | 41.99 | 167.96 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 4 | 0 | 30.99 | 123.96 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 6 | 0 | 6.25 | 37.50 |
| 7923966905 | GEOCEL SEALANT PLAST TB #2300 BRNZE | TB | 6 | 0 | 8.80 | 52.80 |
| 0170030035 | PAINT ABC ROOF ACCES WEATHERED WOOD | CN | 4 | 0 | 7.10 | 28.40 |
| 17LOBI14BZ | LOMANCO BIB-14 WHIRLYBIRD WTHRD BRZ | EA | 2 | 0 | 84.75 | 169.50 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 34 | 0 | 9.25 | 314.50 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

myABCsupply
GET MORE DONE, WHEREVER YOUR JOB TAKES YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 8,200.37

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 87.74<br>IF THIS INVOICE IS PAID BY 02/10/25 | SUBTOTAL AMOUNT +<br>8,200.37 | FREIGHT +<br>0.00 | SALES TAX<br>MS 99<br>574.03 | TOTAL PAYABLE IN U.S. DOLLARS | 8,774.40 |



EXHIBIT
C

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

SLATE 3 TAB
PER HUNTER 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/03/25 | 02/03/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70132314 | SLATE 3 TAB | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 01GARLSL | GAF ROY SOV SLATE 3/S | BD | 1 | 0 | 27.75 | 27.75 |

ABC Supply Co. inc. delivering hope when wish kids need it most Make-A-Wish

SUBTOTAL 27.75

| NOTE THE SAVINGS: YOU MAY DEDUCT | 0.30 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 27.75 | 0.00 | 1.94 | **29.69** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

2678246
523 BERWICK DRIVE
BRANDON MS 39047- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/03/25 | 02/03/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70138580 | MO-567807 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 84 | 0 | 34.75 | 2,919.00 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 5 | 0 | 53.50 | 267.50 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 2 | 0 | 42.75 | 85.50 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 3 | 0 | 97.00 | 291.00 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 1 | 0 | 87.50 | 87.50 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 2 | 0 | 41.99 | 83.98 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 2 | 0 | 30.99 | 61.98 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 4 | 0 | 6.25 | 25.00 |
| 7923966905 | GEOCEL SEALANT PLAST TB #2300 BRNZE | TB | 3 | 0 | 8.80 | 26.40 |
| 0180000750 | PAINT NX TOUCH UP TERBRZ 12OZ TUTB | CN | 2 | 0 | 11.80 | 23.60 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 23 | 0 | 9.25 | 212.75 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

ABC Supply Co. inc. delivering hope when wish kids need it most Make-A-Wish.

SUBTOTAL 4,134.21

| NOTE THE SAVINGS: YOU MAY DEDUCT | 44.23 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 4,134.21 | 0.00 | 289.39 | **4,423.60** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/04/25 | 02/04/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70186676 | MO-567807 | EXP | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | EXPRESS PICK UP | | | | | |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 12 | 0 | 9.25 | 111.00 |

ABC Supply Co. inc.
delivering hope
when wish kids need it most
Make-A-Wish

SUBTOTAL 111.00

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 1.19<br>IF THIS INVOICE IS PAID BY 03/10/25 | SUBTOTAL AMOUNT +<br>111.00 | FREIGHT +<br>0.00 | SALES TAX<br>MS 99<br>7.77 | TOTAL PAYABLE IN U.S. DOLLARS | **118.77** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

NICK POUNCEY
2013 BROOKSTONE PLACE
BRANDON MS 39042- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/06/25 | 02/06/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70231411 | NICK POUNCEY | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 165 | 0 | 34.75 | 5,733.75 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 13 | 0 | 53.50 | 695.50 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 2 | 0 | 87.50 | 175.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 6 | 0 | 97.00 | 582.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 6 | 0 | 41.99 | 251.94 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 6 | 0 | 30.99 | 185.94 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 8 | 0 | 6.25 | 50.00 |
| 7923966905 | GEOCEL SEALANT PLAST TB #2300 BRNZE | TB | 6 | 0 | 8.80 | 52.80 |
| 0180000750 | PAINT NX TOUCH UP TERBRZ 12OZ TUTB | CN | 4 | 0 | 11.80 | 47.20 |
| 17LOBI14BZ | LOMANCO BIB-14 WHIRLYBIRD WTHRD BRZ | EA | 3 | 0 | 84.75 | 254.25 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 32 | 0 | 9.25 | 296.00 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

ABC Supply Co. inc. delivering hope when wish kids need it most Make-A-Wish

SUBTOTAL 8,502.63

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 90.98 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS | |
| IF THIS INVOICE IS PAID BY 03/10/25 | 8,502.63 | 0.00 | 595.18 | | 9,097.81 |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

PO# 1063542
702 BELLE OAK TRAIL
BRANDON MS 39042- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/12/25 | 02/14/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70369657 | SCOTT 2680656 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 129 | 0 | 34.75 | 4,482.75 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 12 | 0 | 53.50 | 642.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |
| 11GASG2 | GAF STORMGUARD 2SQ/RL | RL | 2 | 0 | 97.00 | 194.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 5 | 0 | 97.00 | 485.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 3 | 0 | 41.99 | 125.97 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 3 | 0 | 30.99 | 92.97 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 5 | 0 | 6.25 | 31.25 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 4 | 0 | 8.80 | 35.20 |
| 0170030035 | PAINT ABC ROOF ACCES WEATHERED WOOD | CN | 4 | 0 | 7.10 | 28.40 |
| 17LO750BZ | LOMANCO 750 ROOF VENT BRONZE | EA | 1 | 0 | 20.25 | 20.25 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 13 | 0 | 10.75 | 139.75 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 30 | 0 | 9.25 | 277.50 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

ABC Supply Co. inc.
delivering hope
when wish kids need it most
Make-A-Wish

SUBTOTAL 6,733.29

| NOTE THE SAVINGS: YOU MAY DEDUCT | 72.04 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 6,733.29 | 0.00 | 471.33 | **7,204.62** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

HENRY BOYANTON
101 CANNON RIDGE DR
BRANDON MS 39042- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/14/25 | 02/14/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70426278 | MO-577639 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3PG | GAF SG TIMB HDZ PEWTER GRAY 3/S | BD | 135 | 0 | 34.75 | 4,691.25 |
| 04GASR2PG | GAF SG S-A-R PEWTER GRAY 25LF | BD | 8 | 0 | 53.50 | 428.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 2 | 0 | 87.50 | 175.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 5 | 0 | 97.00 | 485.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 5 | 0 | 41.99 | 209.95 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 5 | 0 | 30.99 | 154.95 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 6 | 0 | 6.25 | 37.50 |
| 7923966903 | GEOCEL SEALANT PLAST TB #2300 BLACK | TB | 5 | 0 | 8.80 | 44.00 |
| 0170030034 | PAINT ABC ROOF ACCES SLATE GRAY | CN | 3 | 0 | 7.10 | 21.30 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 16 | 0 | 10.75 | 172.00 |
| 14SO99534 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WHT | EA | 30 | 0 | 9.25 | 277.50 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 6,874.70

| NOTE THE SAVINGS: YOU MAY DEDUCT / IF THIS INVOICE IS PAID BY | | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT | 73.56 | | | | |
| IF THIS INVOICE IS PAID BY | 03/10/25 | 6,874.70 | 0.00 | 481.23 | **7,355.93** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

PO# 1063542
116 CHARLTON DRIVE
MADISON MS 39110- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/20/25 | 02/20/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70510379 | TANNER 2557911 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02OCO25ADW | OC OAKRIDGE AR DRIFTWOOD 3/SQ | BD | 171 | 0 | 34.66 | 5,926.86 |
| 01OCFRSUDW | OC AR SUPREME DRIFTWOOD 3/SQ | BD | 8 | 0 | 29.68 | 237.44 |
| 04OCSSPL | OC STARTER STRIP PLUS 105LF | BD | 4 | 0 | 48.75 | 195.00 |
| 05MIMRMFNC | MAX ROOF MAXFELT NC 10SQ/RL | RL | 6 | 0 | 73.50 | 441.00 |
| 05CMSGPSM | CONT SECUREGRIP ICE & WATER 2SQ | RL | 3 | 0 | 77.00 | 231.00 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 23 | 0 | 10.75 | 247.25 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 4 | 0 | 41.99 | 167.96 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 3 | 0 | 30.99 | 92.97 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 6 | 0 | 8.80 | 52.80 |
| 0170030032 | PAINT ABC ROOF ACCES BROWN | CN | 6 | 0 | 7.10 | 42.60 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 8 | 0 | 6.25 | 50.00 |
| 17LO750BR | LOMANCO 750 ROOF VENT BROWN | EA | 1 | 0 | 20.25 | 20.25 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 45 | 0 | 9.25 | 416.25 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 8,171.38

| NOTE THE SAVINGS: YOU MAY DEDUCT 87.43 IF THIS INVOICE IS PAID BY 03/10/25 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|
| | 8,171.38 | 0.00 | 572.00 | **8,743.38** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

ALEX HAWKINS 2368273
502 SPRING HILL DRIVE
MADISON MS 39110- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/19/25 | 02/19/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70538231 | MO-530829 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 108 | 0 | 34.75 | 3,753.00 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 11 | 0 | 53.50 | 588.50 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 4 | 0 | 97.00 | 388.00 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 2 | 0 | 87.50 | 175.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 2 | 0 | 41.99 | 83.98 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 2 | 0 | 30.99 | 61.98 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 4 | 0 | 6.25 | 25.00 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 4 | 0 | 8.80 | 35.20 |
| 0180000750 | PAINT NX TOUCH UP TERBRZ 12OZ TUTB | CN | 3 | 0 | 11.80 | 35.40 |
| 17LO750BZ | LOMANCO 750 ROOF VENT BRONZE | EA | 1 | 0 | 20.25 | 20.25 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 29 | 0 | 9.25 | 268.25 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |
| 50MIOSB716 | 7/16" 4X8 OSB | SH | 1 | 0 | 21.00 | 21.00 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store Google Play

SUBTOTAL 5,633.81

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 60.29<br>IF THIS INVOICE IS PAID BY 03/10/25 | SUBTOTAL AMOUNT +<br>5,633.81 | FREIGHT +<br>0.00 | SALES TAX<br>MS 99<br>394.37 | TOTAL PAYABLE IN U.S. DOLLARS | **6,028.18** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/20/25 | 02/20/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70559293 | HAWKINS | EXP | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | EXPRESS PICK UP | | | | | |
| 17LO2000BZ | LOMANCO 2000 POWER VENT W BRONZE | EA | 1 | 0 | 148.50 | 148.50 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 148.50

| NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY | 1.60 03/10/25 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| | | 148.50 | 0.00 | 10.40 | **158.90** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

TANNER 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/24/25 | 02/24/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70616175 | TANNER | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 02OCO25ADW | OC OAKRIDGE AR DRIFTWOOD 3/SQ | BD | 12 | 0 | 34.66 | 415.92 |
| 01OCFRSUDW | OC AR SUPREME DRIFTWOOD 3/SQ | BD | 3 | 0 | 29.68 | 89.04 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store Google Play

SUBTOTAL 504.96

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 5.41 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS | |
| IF THIS INVOICE IS PAID BY 03/10/25 | 504.96 | 0.00 | 35.35 | | **540.31** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

HAWKINS 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/24/25 | 02/24/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70616231 | HAWKINS | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 04GASR2PG | GAF SG S-A-R PEWTER GRAY 25LF | BD | 5 | 0 | 53.50 | 267.50 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 20 | 0 | 10.75 | 215.00 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 482.50

| NOTE THE SAVINGS: YOU MAY DEDUCT | 5.17 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 482.50 | 0.00 | 33.78 | **516.28** |

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

ABC Supply Co. inc.

**REGULAR**

# INVOICE

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

RANDY PHILLIPS
501 WINDY RIDGE DRIVE
BRANDON MS 39042- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/24/25 | 02/24/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70628614 | MO-585875 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 129 | 0 | 34.75 | 4,482.75 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 10 | 0 | 53.50 | 535.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 4 | 0 | 42.75 | 171.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 5 | 0 | 97.00 | 485.00 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 1 | 0 | 87.50 | 87.50 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 5 | 0 | 41.99 | 209.95 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 3 | 0 | 30.99 | 92.97 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 6 | 0 | 6.25 | 37.50 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 11 | 0 | 10.75 | 118.25 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 5 | 0 | 8.80 | 44.00 |
| 0170030035 | PAINT ABC ROOF ACCES WEATHERED WOOD | CN | 3 | 0 | 7.10 | 21.30 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 29 | 0 | 9.25 | 268.25 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 6,603.47

| NOTE THE SAVINGS: YOU MAY DEDUCT | 70.65 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 6,603.47 | 0.00 | 462.24 | **7,065.71** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

CHARLES HARDY 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/25/25 | 02/25/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70658727 | CHARLES HARDY | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 4843000106 | PADS PEAK SERIES 8-1/2-9 #CPPS9 | PR / | 1 | 0 | 31.95 | 31.95 |




SUBTOTAL 31.95

| | | | | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT 0.35<br>IF THIS INVOICE IS PAID BY 03/10/25 | SUBTOTAL AMOUNT +<br>31.95 | FREIGHT +<br>0.00 | SALES TAX MS 99<br>2.24 | TOTAL PAYABLE IN U.S. DOLLARS | **34.19** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

KELON DILL
221 HADDON CIRCLE
BRANDON MS 39047- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/26/25 | 02/26/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70682958 | MO-588623 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3PG | GAF SG TIMB HDZ PEWTER GRAY 3/S | BD | 87 | 0 | 34.75 | 3,023.25 |
| 04GASR2PG | GAF SG S-A-R PEWTER GRAY 25LF | BD | 2 | 0 | 53.50 | 107.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 1 | 0 | 87.50 | 87.50 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 3 | 0 | 97.00 | 291.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 2 | 0 | 41.99 | 83.98 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 2 | 0 | 30.99 | 61.98 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 5 | 0 | 6.25 | 31.25 |
| 7923966903 | GEOCEL SEALANT PLAST TB #2300 BLACK | TB | 3 | 0 | 8.80 | 26.40 |
| 0180000704 | PAINT NX TOUCH UP BLACK 12OZ TUBK | CN | 2 | 0 | 11.80 | 23.60 |
| 17LO2000BK | LOMANCO 2000 POWER VENT BLACK | EA | 2 | 0 | 148.50 | 297.00 |
| 14SO99540 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 BLK | EA | 40 | 0 | 9.25 | 370.00 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |




SUBTOTAL 4,581.21

| NOTE THE SAVINGS: YOU MAY DEDUCT 49.01 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY 03/10/25 | 4,581.21 | 0.00 | 320.68 | **4,901.89** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

TROY FRANKLIN
172 BELLE OAK DRIVE
BRANDON MS 39042- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 02/26/25 | 02/26/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70683905 | MO-578228 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 153 | 0 | 34.75 | 5,316.75 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 17 | 0 | 53.50 | 909.50 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 6 | 0 | 97.00 | 582.00 |
| 11GASG2 | GAF STORMGUARD 2SQ/RL | RL | 2 | 0 | 97.00 | 194.00 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 15 | 0 | 10.75 | 161.25 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 4 | 0 | 41.99 | 167.96 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 4 | 0 | 30.99 | 123.96 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 7 | 0 | 6.25 | 43.75 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 6 | 0 | 8.80 | 52.80 |
| 0180000750 | PAINT NX TOUCH UP TERBRZ 12OZ TUTB | CN | 4 | 0 | 11.80 | 47.20 |
| 17LO750BZ | LOMANCO 750 ROOF VENT BRONZE | EA | 1 | 0 | 20.25 | 20.25 |
| 14SO120005 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WWD | EA | 35 | 0 | 9.25 | 323.75 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 3 | 0 | 42.75 | 128.25 |

EARN REWARDS EASIER
myABCsupply
REGISTER NOW AND LET US TRACK REWARDS DOLLARS FOR YOU
>> DOWNLOAD THE ABC APP
App Store
Google Play

SUBTOTAL 8,121.42

| NOTE THE SAVINGS: YOU MAY DEDUCT | 86.90 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 03/10/25 | 8,121.42 | 0.00 | 568.50 | **8,689.92** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

STEPHANIE POPE
337 SWAN DRIVE
BRANDON MS 39047- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 03/04/25 | 03/04/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70845812 | MO-591254 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3BW | GAF SG TIMB HDZ BARKWOOD 3/S | BD | 84 | 0 | 34.75 | 2,919.00 |
| 04GASR2BW | GAF SG S-A-R BARKWOOD 25LF | BD | 8 | 0 | 53.50 | 428.00 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 2 | 0 | 42.75 | 85.50 |
| 11GAWW2 | GAF WEATHERWATCH 36"X66.7' 2SQ/RL | RL | 1 | 0 | 87.50 | 87.50 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 3 | 0 | 97.00 | 291.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 2 | 0 | 41.99 | 83.98 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 2 | 0 | 30.99 | 61.98 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 3 | 0 | 6.25 | 18.75 |
| 7923966904 | GEOCEL SEALANT PLAST TB #2300 BROWN | TB | 3 | 0 | 8.80 | 26.40 |
| 0170030032 | PAINT ABC ROOF ACCES BROWN | CN | 2 | 0 | 7.10 | 14.20 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 14 | 0 | 10.75 | 150.50 |
| 14SO99534 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WHT | EA | 22 | 0 | 9.25 | 203.50 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |

RIGHT PRODUCT. RIGHT PLACE. RIGHT TIME.
ROOFING | SIDING | WINDOWS | GUTTER

SUBTOTAL 4,420.31

| NOTE THE SAVINGS: YOU MAY DEDUCT | 47.29 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 04/10/25 | 4,420.31 | 0.00 | 309.42 | 4,729.73 |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

MATTHEW BLACKWELL 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 03/03/25 | 03/03/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70861849 | MATTHEW COUGAR | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 4843000107 | PADS PEAK SERIES 9-1/2-10 #CPPS10 | PR / | 1 | 0 | 31.95 | 31.95 |
| 4843000013 | BOOT ESTIMATOR #CPES10 | PR | 1 | 0 | 183.00 | 183.00 |



RIGHT PRODUCT. RIGHT PLACE. RIGHT TIME.
ROOFING | SIDING | WINDOWS | GUTTER

SUBTOTAL 214.95

| NOTE THE SAVINGS: YOU MAY DEDUCT | 2.30 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 04/10/25 | 214.95 | 0.00 | 15.05 | **230.00** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

WALTER MORTON
617 BRAMPTON PLACE
RIDGELAND MS 39157- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 03/06/25 | 03/06/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70862470 | MO-533716 | OTG | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | OUR TRUCK GROUND | | | | | |
| 02GASTZ3WW | GAF SG TIMB HDZ WEATHERED WOOD 3/S | BD | 174 | 0 | 34.75 | 6,046.50 |
| 04GAPST | GAF PRO-START STARTER 120.33LF | BD | 4 | 0 | 42.75 | 171.00 |
| 04GASR2WW | GAF SG S-A-R WEATHEREDWOOD 25LF | BD | 16 | 0 | 53.50 | 856.00 |
| 05GAFBSR10 | GAF FELTBUSTER SYN ROOF FELT 10SQ | RL | 6 | 0 | 97.00 | 582.00 |
| 11GASG2 | GAF STORMGUARD 2SQ/RL | RL | 2 | 0 | 97.00 | 194.00 |
| 0150080011 | COIL NAIL ABC 1-1/4" EG | BX | 4 | 0 | 41.99 | 167.96 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 3 | 0 | 30.99 | 92.97 |
| 17GARC3 | GAF COBRA RIGID VENT 3 12" W/NAILS | PC | 16 | 0 | 10.75 | 172.00 |
| 14IP81709 | IPS 4N1 HARDBASE FLASHING | EA | 4 | 0 | 6.25 | 25.00 |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 7 | 0 | 8.80 | 61.60 |
| 0180000750 | PAINT NX TOUCH UP TERBRZ 12OZ TUTB | CN | 5 | 0 | 9.80 | 49.00 |
| 14SO99534 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 WHT | EA | 39 | 0 | 9.25 | 360.75 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 1 | 0 | 50.00 | 50.00 |



RIGHT PRODUCT. RIGHT PLACE. RIGHT TIME.
ROOFING | SIDING | WINDOWS | GUTTER

SUBTOTAL 8,828.78

| NOTE THE SAVINGS: YOU MAY DEDUCT | 94.47 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 04/10/25 | 8,828.78 | 0.00 | 618.01 | **9,446.79** |

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

TRISTIAN BASS
CHANCE BOONE 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 03/03/25 | 03/03/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 70864510 | TRISTIAN & CHANCE | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 4843000011 | BOOT ESTIMATOR #CPES9 | PR | 1 | 0 | 183.00 | 183.00 |
| 4843000008 | BOOT ESTIMATOR #CPES8 | PR | 1 | 0 | 183.00 | 183.00 |



RIGHT PRODUCT. RIGHT PLACE. RIGHT TIME.
ROOFING | SIDING | WINDOWS | GUTTER

SUBTOTAL 366.00

| NOTE THE SAVINGS: YOU MAY DEDUCT | 3.92 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 04/10/25 | 366.00 | 0.00 | 25.62 | **391.62** |

ABC Supply Co. inc.

**REMIT TO:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

**REGULAR**

# INVOICE

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
SHOP ACCOUNT
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

REPAIR 00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 03/20/25 | 03/20/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 71413520 | REPAIR | CPU | 798740 | 798741 | 1% 10TH NET EOM | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | | |
| 6534000580 | MH 6 X50' SEALFAST TAPE WHITE | RL | 2 | 0 | 128.89 | 257.78 |

myABCsupply SCAN THE QR CODE TO SIGN UP TODAY!

SUBTOTAL 257.78

| NOTE THE SAVINGS: YOU MAY DEDUCT | 2.76 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 04/10/25 | 257.78 | 0.00 | 18.04 | **275.82** |

**CREDIT MEMO**

# INVOICE

ABC Supply Co. inc.

**REMIT TO:**

ABC SUPPLY CO
PO BOX 742067
ATLANTA GA 30374- 2067

(608)368-2562

ABC SUPPLY CO., INC. ('ABC') IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All sales are made solely pursuant to ABC's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale and are available upon request from your local branch. Note: ABC's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC's terms and conditions. ABC represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize ABC either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

**SOLD TO:**

HOMETOWN RESTORATION LLC
HOMETOWN RESTORATION-SHOP
721 AVIGNON DR SUITE A
RIDGELAND MS 39157 5165

**SHIP TO:**

00000- 0000

| INVOICE DATE | SHIP DATE | PAGE |
|---|---|---|
| 10/01/25 | 10/01/25 | 1 of 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | MAIN ACCOUNT NO. | CUSTOMER NO. | TERMS | SALES REP |
|---|---|---|---|---|---|---|
| 76797854 | MO-736864 | CPU | 798740 | 798741 | NET | AB086472 |

| ITEM NUMBER | ITEM DESCRIPTION | U/M T/D | QUANTITY SHIPPED | QUANTITY BACKORD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC #1245 PEARL | CUSTOMER PICK UP | | | | ORG INV 76712426 | |
| 02GASTZ3CH | GAF SG TIMB HDZ CHARCOAL 3/S | BD | 21 | 0 | 38.66 | (811.86) |
| 7923966900 | GEOCEL SEALANT PLAST TB #2300 CLEAR | TB | 8 | 0 | 10.80 | (86.40) |
| 0170030033 | PAINT ABC ROOF ACCES CHARCOAL | CN | 6 | 0 | 9.10 | (54.60) |
| 14SO99540 | S/E 014 AL EAVE DRP 3-3/8X1-1/8 BLK | EA | 50 | 0 | 9.25 | (462.50) |
| 0150080122 | NAIL ABC PLASTIC CAP 1" 3M/PAIL | EA | 1 | 0 | 30.99 | (30.99) |

ABC Supply Co. inc. SUPPLYING PROFESSIONAL CONTRACTORS SINCE 1982

CREDIT MEMO SUBTOTAL (1,446.35)

| SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX MS 99 | TOTAL PAYABLE IN U.S. DOLLARS |
|---|---|---|---|
| (1,446.35) | 0.00 | (101.24) | **(1,547.59)** |

# INVOICE

ABC Supply Co
1 ABC Pkwy
Beloit WI, 53511
http://www.abcsupply.com

| | |
|---|---|
| **Customer Number** | 2137574-0001 |
| **Invoice Number** | FC1025-070000137 |
| **Invoice Date** | 10/31/25 |
| **Payment Due Date** | 11/01/25 |
| **Total Amount Due** | 1,271.92 |

Hometown Restoration LLC
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

**Ship To: 0002**
HOMETOWN RESTORATION-SHOP
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

| Ship Via | Order Type | Order Date | Ship Date | Sales Agent | Ordered By | Reference | Job |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Shipping Branch | 1245 Pearl, MS (769) 209-6920 |
|---|---|

| Item Code | Item Description | Quantity Ordered | Quantity Shipped | UOM | Extended Quantity | Price UOM | Price Per UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Late Charge<br><br>Based on past due amount of 84,794.71 | | | | | | | 1,271.92 |




**Due on Receipt**

**Make Checks Payable & Remit To:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA,GA 30374-2067

**TOTAL PAYABLE IN U.S. DOLLARS** **1,271.92**

**ABC SUPPLY IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC SUPPLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** All sales are made solely pursuant to ABC Supply's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale/ and are available upon request from your local branch. Note: Seller's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC Supply's terms and conditions. Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended. LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law. When you provide a check as payment, you authorize us either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

# INVOICE

ABC Supply Co
1 ABC Pkwy
Beloit WI, 53511
http://www.abcsupply.com

| | |
|---|---|
| **Customer Number** | 2137574-0001 |
| **Invoice Number** | FC1125-070000122 |
| **Invoice Date** | 11/30/25 |
| **Payment Due Date** | 12/01/25 |
| **Total Amount Due** | 1,271.92 |

Hometown Restoration LLC
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

**Ship To: 0002**
HOMETOWN RESTORATION-SHOP
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

| Ship Via | Order Type | Order Date | Ship Date | Sales Agent | Ordered By | Reference | Job |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | |
|---|---|
| **Shipping Branch** | 1245 Pearl, MS (769) 209-6920 |

| Item Code | Item Description | Quantity Ordered | Quantity Shipped | UOM | Extended Quantity | Price UOM | Price Per UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Late Charge<br><br>Based on past due amount of 84,794.71 | | | | | | | 1,271.92 |

myABCsupply
SCAN THE QR CODE TO SIGN UP TODAY!

**Due on Receipt**

**Make Checks Payable & Remit To:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA,GA 30374-2067

TOTAL PAYABLE IN U.S. DOLLARS **1,271.92**

**ABC SUPPLY IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC SUPPLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** All sales are made solely pursuant to ABC Supply's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale/ and are available upon request from your local branch. Note: Seller's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC Supply's terms and conditions. Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended. LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law. When you provide a check as payment, you authorize us either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.

# INVOICE

ABC Supply Co
1 ABC Pkwy
Beloit WI, 53511
http://www.abcsupply.com

| | |
|---|---|
| **Customer Number** | 2137574-0001 |
| **Invoice Number** | FC1225-070000130 |
| **Invoice Date** | 12/31/25 |
| **Payment Due Date** | 12/31/25 |
| **Total Amount Due** | 1,271.92 |

Hometown Restoration LLC
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

**Ship To: 0002**
HOMETOWN RESTORATION-SHOP
721 Avignon Dr
Ste A
Ridgeland, MS 39157-5165

| Ship Via | Order Type | Order Date | Ship Date | Sales Agent | Ordered By | Reference | Job |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **Shipping Branch** | 1245 Pearl, MS (769) 209-6920 |
|---|---|

| Item Code | Item Description | Quantity Ordered | Quantity Shipped | UOM | Extended Quantity | Price UOM | Price Per UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Late Charge<br><br>Based on past due amount of 84,794.71 | | | | | | | 1,271.92 |

WISHING YOU A SUCCESSFUL AND
REWARDING YEAR AHEAD

**Due on Receipt**

**Make Checks Payable & Remit To:**
ABC SUPPLY CO
PO BOX 742067
ATLANTA,GA 30374-2067

TOTAL PAYABLE IN U.S. DOLLARS **1,271.92**

**ABC SUPPLY IS A DISTRIBUTOR AND MAKES NO PRODUCT WARRANTIES. ABC SUPPLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** All sales are made solely pursuant to ABC Supply's terms and conditions of sale, which can be accessed at https://www.abcsupply.com/terms-of-sale/ and are available upon request from your local branch. Note: Seller's terms contain indemnification provisions and warranty limitations and damage disclaimers that are binding upon Buyer. All other terms and conditions are expressly rejected. By accepting the below materials, you agree to ABC Supply's terms and conditions. Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, has fully complied with section 12(A)of the Fair Labor Standards Act of 1938 as amended. LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law. When you provide a check as payment, you authorize us either to use this information from your check to make a one-time electronic fund transfer (EFT) from your account or to process the payment as a check transaction. For inquiries, please call the number provided on the invoice.